IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA WHITTEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; and LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) 1:10-cv-00147-N ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Laura Whitten and Defendants Life Insurance Company of North America and The Guardian Life Insurance Company, by and through their undersigned counsel, hereby agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice with each party to bear its own costs, expenses and fees.

Dated: June 30, 2010.

BURR & FORMAN LLP

By: /s/ Forrest S. Latta
Forrest S. Latta
Briana M. Montminy

P.O. Box 16046
Mobile, AL 36616
Ph: (251) 344-5151
Fax: (251) 344-9696

Attorneys for The Guardian Life Insurance Company

MAYNARD, COOPER & GALE, P.C.

By: /s/
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy

1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

Attorneys for Life Insurance Company of North America

DAVID P. MARTIN, LLC

By: _____
David P. Martin
Jason E. Burgett

3601 Watermelon Rd.
Northport, Alabama 35473
Ph: (205) 343-1771
Fax: (205) 343-1781

Attorneys for Plaintiff Laura Whitten